IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GERMAIN REAL ESTATE COMPANY, LLC;
and GM ENTERPRISES, LLC                                           PLAINTIFFS

v.                         Case No. 5:13-CV-05069

HCH TOYOTA, LLC and
METROPOLITAN NATIONAL BANK                                        DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's memorandum opinion and order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendants HCH Toyota, LLC and Metropolitan National Bank's motions to dismiss the amended complaint (Docs. 20 & 22) are both GRANTED.  This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED AND ADJUDGED this 21st day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE